IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN JACOB COLE, #243102 B6 | § | |
| | § | |
| VS. | § | CIVIL NO. 4:25-CV-00611-SDJ-BD |
| | § | |
| SHERIFF, DENTON COUNTY, TEXAS | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #12), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 30, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that the petition for a writ of habeas corpus be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

[1] On November 16, 2026, a copy of the Report, (Dkt. #12), was returned as undeliverable and marked "RETURN TO SENDER – NOT IN DENTON COUNTY JAIL." (Dkt. #13). Petitioner has not updated his address with the Court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 20th day of November, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE